**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-0274-CR-W-GAF |
| ) | |
| ROY A. LOVE-JUDIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #15) in which he argues that the firearm seized from his person and any statements made by him during his arrest should be suppressed on the ground that he was unlawfully detained.

On January 5, 2010, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on defendant's motion. On January 14, 2010, Judge Larsen issued his Report and Recommendation (Doc. #21). On January 26, 2010, defendant filed his Objection to the Report and Recommendation (Doc. #25).

Upon careful and independent review of the pending motion and suggestions in support thereof, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #15) is OVERRULED and DENIED.

SO ORDERED.

                                                             s/ Gary A. Fenner
                                                             Gary A. Fenner, Judge
                                                             United States District Court

DATED: January 29, 2010